**MEMO ENDORSED**

FEB 2 2008

Mr. Vinay K Gupta

JAMES C. FRANCIS IV
UNITED STATES

5413 Imperial Blvd
Wapp. Falls, NY 12590

February 19, 2008



FEB 2 0 2008

PRO SE OFFICE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/08

BY HAND 2 COPIES - JUDGE'S CHAMBERS AND COURT OFFICE

Hon. James C. Francis IV
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007

Re: Vinay Gupta vs. Astrue (Comm. SSA)
07 Civ. 2805 (JCF)

Dear Judge Francis:

I am in receipt of a copy of Mr J E Gura, Jr's letter
dated January 25, 2008 directed to the court.

Very respectfully I request the court to grant me until
March 14, 2008 to respond to the defendant's letter.
There is a fair amount of material I have to gather -
some of it from another country - if I am successful in
obtaining it. Some of this record goes back to
40 (forty) years, nigh on.

Yours faithfully,

*Viray K. Gupta*

MR VINAY K GUPTA, PLFF

PHONE (212) 417-2127

*2/21/08*
*Application granted, notwithstanding the*
*fact that sur-replies are not*
*normally permitted. No extension*
*of the March 14, 2008 date will*
*be permitted. Plaintiff is*

CC: MR JOHN E GURA, JR    BY HAND
AUSA
US ATTORNEY S DIST OF NY
86 CHAMBERS ST
NEW YORK, NY 10007

*reminded that any information submitted must be relevant*
*to the specific issues presented by the Commissioner's*
*decision.*                              *SO ORDERED*
                                   *James C. Francis IV*
                                          *USMJ*

- 1 -