USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/11/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------

VINAY K GUPTA,

                        Plaintiff,                           07 **CIVIL** 2805 (JCF)

            -against-                                        **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner,
of Social Security,

                        Defendant.

-------------------------------------------------------------X


    Defendant having  moved for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c),

and the said motions having come before the Honorable James C Francis IV, United States

Magistrate Judge, and the Court thereafter, on Mar 7, 2008 having rendered its Memorandum  and

Order granting defendant's motion for judgment on the pleadings and closing the case, it is,

### ORDERED, ADJUDGED AND DECREED:   That for the reasons set forth in

the Court's Memorandum  and Order dated March 07, 2008, defendant's motion for judgment on

the pleadings is granted; accordingly, the case is closed.

**Dated:**  New York, New York
            MAr 11      2008

                                            **J. MICHAEL McMAHON**

                                            _____
                                               **Clerk of Court**

                                    **BY:**
                                            _____
                                               **Deputy Clerk**

