Mr Vinay K Gupta      5413 Imperial Blvd
                              Wapp. Falls, NY 12590

Monday, March 17, 2008

Hon. James C. Francis IV              BY MAIL
United States Magistrate Judge
United States Courthouse
500 Pearl Street, Room 1960
New York, New York 10007    **MEMO ENDORSED**

       Re: <u>Vinay Gupta vs. Astrue (Commissoner - SSA)</u>
                      07 Civ. 2805 (JCF)

Dear Judge Francis IV:



Per your notation of 2/21/08 (copy enclosed) your honor had granted me until March 14, 2008 to file the Sur-Rejoinder in the above case.

On March 14, 2008 I went to the Pro Se window with the Sur-Rejoinder which they refused to accept. I have adhered to March 14, 2008 even though I have not been able to obtain all the cases I wanted.

I am aware of your Memo and Order dated March 7, 2008.

This Sur-Rejoinder cites some highly important cases - including several from World Court, which the US lost to UN, Nicaragua, Mexico, Paraguay and Germany for its violations of international conventions. Also a very very recent US S Ct case - Fed Express vs. Holiweck and 14 others - identical issues to mine.

My earnest hope the court will honor its word.

                               Yours faithfully,
                               *[signature]*
                               MR VINAY K GUPTA, PLFF

                               PHONE (212) 417-2127

Encl: Notation dated 2/21/08.

CC: MR JOHN E GURA, JR,    AUSA - BY MAIL
     US ATTORNEY S DIST OF NY
     86 CHAMBERS ST
     NEW YORK, NY 10007

*[Handwritten endorsement:]* 3/18/08 Plaintiff may submit his surreply, directly to chambers if necessary. I will consider it as a motion to vacate the judgment, provided it is submitted by March 28, 2008. SO ORDERED. James C. Francis IV / VSMJ

-1-