UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VINAY K. GUPTA,

                Plaintiff,                07 **CIVIL** 2805 (JCF)

    -against-                            **JUDGMENT**

MICHAEL J. ASTRUE, Commissioner,
of Social Security,

                Defendant.
------------------------------------------------------------X

      Whereas the above-captioned action having come before this Court, and the said matter having come before the Honorable James C. Francis IV, United States Magistrate Judge, and the Court thereafter, on April 2, 2008 having rendered its Memorandum and Order granting the Government's motion for judgment on the pleadings, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum and Order dated April; 2, 2008, the Government's motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:** New York, New York
          April 3, 2008

                                                **J. MICHAEL McMAHON**
                                                    Clerk of Court

                              BY:
                                                      Deputy Clerk

                                            THIS DOCUMENT WAS ENTERED
                                            ON THE DOCKET ON _____