UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VINAY K GUPTA

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

MICHAEL J ASTRUE, Commissioner
SS ADMIN

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

07 Civ. 2805 ( )

**REQUEST TO PROCEED
IN FORMA PAUPERIS
ON APPEAL**

SSA matter
$350 paid to Fed Dist Ct below.

I, MR VINAY K GUPTA (b. Dec 21/32), (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* on appeal and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

The issues I desire to present on appeal are the following: Preliminary Statements:

1. Commencing Date - 5-8 years missing
2. Several reductions in benefits
3. Total cut-off for 1 year after SSA pension commenced
4. Reductions due to 'Special Formula' - told verbally - never any written explanation with or without reason(s).
5. Reduction due to trivial receipts from Canada - lived & worked in Canada for 24 yrs - even in Canada, missing COO for 10 yrs
   OAS (Old Age Security) - 5 yrs

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

   Please see 2 pp
   See Enclosure
   Typewritten

2. If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

*Rev. 07/2007*                                    1

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

_____

a) Are you receiving any public benefits? ☐ No. ☐ Yes, $_____.

b) Do you receive any income from any other source? ☐ No. ☐ Yes, $_____.

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☐ No.   ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☐ No.   ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

☐ No.   ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.

_____
_____

*please see typewritten 2 pp enclosure*

8. State any special financial circumstances which the Court should consider.

_____
_____
_____
_____

Rev. 07/2007

2

I understand that a false statement or answer to any question in this declaration shall subject me to the penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___15th___ day of ___May___ , ___2008___
              date            month           year

_____Vinay K. Gupta_____
Signature

Let the applicant proceed on appeal without prepayment of cost or fees or the necessity of giving security therefor.

_____James C. Francis IV_____
United States ~~District~~ Judge
               Magistrate

DATED: ___June 10___, 20 _08_

___New York___, New York

Rev. 07/2007

3

Mr Vinay K Gupta    5413 Imperial Blvd
                    Wapp. Falls, NY 12590

THUR MAY 14, 2008


ENCLOSURE TO FORMA PAUPERIS - REASONS

THE NUMBERS BELOW CORRESPOND TO PRINTED IFP ON APPEAL

1. *PRELIMINARY STATEMENT: THE FIGS AND DATES BELOW EEOE*

   A. COMMENCING DATE - 5-8 YEARS MISSING.

   B. SEVERAL REDUCTIONS IN AMOUNT OF SS PENSION - EVEN PER SSA STATEMENT - AFTER SSA PAYMENT BEGAN OCT 01, HAVE BEEN PAYING CA $7M PA - NET FROM SSA - VERY SLIGHT - WILL BE UNDER $999 IN 2008 - STARTED AROUND $500 SOME.

   C. TOTAL CUT OFF FOR 12 MONTHS AFTER SSA BEGAN.

   D. REDUCTIONS DUE TO A 'SPECIAL FORMULA' - TOLD VERBALLY BY ONE MRS NEWTON - AN AFRO AMERICAN LADY AT POUGHKEEPSIE SSA OFF - NO DETAILS, SPITE SEVERAL REQUESTS.

   E. REDUCTIONS DUE TO TRIVIAL RECEIPT FROM CANADA - SOME $4M - CPP AND OAS - OLD AGE SECURITY - LIVED AND WORKED IN CANADA FOR 24 YEARS - EVEN HERE MISSING 10 YEARS - CPP AND 5 YEARS OAS. CANADA - DIFFERENT TIME SPAN OR EPOCH.

   F. DEFENCE NEVER RESPONDED TO PLAINT - SERIATIM

   G. CT BELOW NEVER ASKED THE DEF TO DO THE ABOVE

   H. PATTERN AND PRACTICE OF DELIBERATE LIES AND DECEPTION BY SSA - WILL GIVE *PROOF DIAMOND HARD.*

   I. DIRECTLY - INDIRECTLY - UNCLE SAM HAS BEEN MAKER OF MY MISFORTUNES - IF SEE MY ODYSSEY - MCCARRAN WALTER ACT OF US CONGRESS.

   2. CURRENTLY WORKING FULL TIME - FORCED TO WORK -

DESPITE MEDICAL ADVICE TO STOP WORK ALTOGETHER - NUMEROUS HEART ATTACKS AND 2 HEART OPERATIONS - 1 TRIPLE BY PASS - OPEN HEART
FORMIDABLE PROSTRATE PROBLEM - WAKE-UP 10-12 TIMES AT NIGHT

3.  a) NO PUBLIC BENEFIT
    b) WORKING FULL TIME  NOH UNDER $2,000 PER MONTH - MUST SUPPORT WIFE AND CHILDREN AFTER OWN BARE MINIMUM LIVING EXPENSES

4.  AROUND $3-$4M IN BANK ACCOUNT

5.  OWN A CAR - 15 YEAR OLD - REQUIRED TO KEEP FOR WORK
      DO NOT OWN ANY REAL ESTATE OR STOCKS
6.  RENT - $665 PER MONTH + TRANSPORT $400 PER MONTH

7. EVERYTHING LEFT OVER AFTER OWN BARE MINIMUM LIVING EXPENSES - GOES TO WIFE - 68 AND 2 SONS

8.   FOLLOWING HEART OPERATIONS DOCTORS ASKED ME TO STOP WORKING ALTOGETHER - VERY POOR PHYSICALLY - 6 HR LONG COMMUTE EVERY DAY - WORK DOWNTOWN NYC.

### *OTHER FACTS:*

2. *AGE AND HEALTH:*   NOW AGE 76, FOR PAST SEVERAL YEARS HAVE BEEN VERY SICK PHYSICALLY AND MENTALLY - NUMEROUS HEART ATTACKS - 2 HEART OPERATIONS AND PROSTRATE PROBLEMS - HAVE TO GET UP 10-12 TIMES DURING THE NIGHT - PROSTRATE PROBLEMS.

3. *DAILY COMMMUTE OF 6 HRS:*  AND REGULAR WORK RESULT IN A 15 HOUR LONG DAY. THUS ONLY HAVE A MAX OF 1 TO 1-1/2 DAY PER WEEK TO PREPARE.

4. *ABSENCE FROM US TO MEET FAMILY:*  MAY 12 TO JUNE 2, 2008. REQUEST UCC'S INDULGENCE TO FILE APPEAL AND SUPPORTING DOCUMENTS FOR APPEAL UNTIL JUNE 19, 08.  THIS TIME-FRAME WILL GIVE ME 2-3 DAYS TO PREPARE.

### *SPECIFIC DATES AND AMOUNTS ABOVE SUBJECT TO EEOE.*

**ENCL: 1 PAGE – ($902 PM – RECD 4/25/02 – AGE 69).**

## ▼ Your Estimated Benefits

To qualify for benefits, you earn "credits" through your work — up to four each year. This year, for example, you earn one credit for each $870 of wages or self-employment income. When you've earned $3,480, you've earned your four credits for the year. Most people need 40 credits, earned over their working lifetime, to receive retirement benefits. For disability and survivors benefits, young people need fewer credits to be eligible.

We checked your records to see whether you have earned enough credits to qualify for benefits. If you haven't earned enough yet to qualify for any type of benefits, we can't give you an estimate now. If you continue to work, we'll give you an estimate when you do qualify.

**What we assumed** — If you have enough work credits, we estimated your benefit amount using your average earnings over your working lifetime. For the first retirement amount shown, and for your credits through 2002, we assumed you would stop work at the retirement age you gave us. For later retirement ages, we assumed you would continue working up to those ages. In all the estimates, we used the earnings amounts you gave us for last year, this year and future years.

We can't provide your actual benefit amount unt[il you] apply for benefits. **And that amount may differ fr[om] estimates stated below because —**

(1) Your earnings may increase or decrease over t[ime]

(2) Your benefit figures shown here are only estim[ates] based on current law. The laws governing benefit a[mounts] may change because, by 2038, the payroll taxes col[lected] will be enough to pay only about 72 percent of benefits owed.

(3) Factors such as **a pension for work not cove[red by] Social Security, some military service or cred[its for] railroad employment** may affect your benefit amo[unt].

Generally, estimates for older workers are more acc[urate] than those for younger workers because they're base[d on a] longer earnings history with fewer uncertainties suc[h as] earnings fluctuations and future law changes.

These estimates are in today's dollars. As you receive benefits, they will be adjusted for cost-of-living increases.

▼ **Retirement**   You have earned enough credits to qualify for benefits. At your current earnings rate, if you stop working...

*[handwritten: Dec 01]* At age 69, your payment will be about . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 903 a month
*[handwritten: Dec 02]* At age 70, your payment will be about . . . . *[handwritten: age 70 - 2002]* . . . . . . . . $ 903 a month
*[handwritten: Oct 01  - $859 - on phone 4/28/02]*

*Note:* When you continue working beyond your retirement age, your benefit may increase because of your additional earnings. If you delay receiving benefits until age 70, your benefit will increase because of the special credits you'll receive for delaying retirement. This increased benefit could be important to you later in life. It also could increase the future benefit amounts your family and survivors could receive.

▼ **Disability**   Your age qualifies you to receive full retirement benefits instead of disability benefits.

▼ **Family**   If you get retirement or disability benefits, your spouse and children also may qualify for benefits.

▼ **Survivors**   You have earned enough credits for your family to receive the following benefits if you die this year.

Total family benefits cannot be more than . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 1,358 a month
Your child . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 596 a month
Your spouse who is caring for your child . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 596 a month
Your spouse who reaches full retirement age . . . . . . . . . . . . . . . . . . . . . . . . . . $ 794 a month

Your spouse or minor child may be eligible for a special one-time death benefit of $255.

▼ **Medicare**   You have earned enough credits to qualify for Medicare at age 65. Even if you do not retire at age 65, be sure to contact Social Security three months before your 65th birthday to enroll in Medicare.

**We based your benefit estimates on these facts:**
Your name . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Vinay K. Gupta
Your date of birth . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . December 21, 1932
Your Social Security number (only the last four digits
    are shown to help prevent identity theft) . . . . . . . . . . . . XXX-XX-0639
2001 earnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $49,215
2002 earnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $50,500
Your estimated taxable earnings per year after 2002 . . . . . . . . . . . $50,500
Age you plan to stop working . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70

*[handwritten notes in box: VKG @ DPS.state.ny.us / Windfall Elimination Provision / Dist. Off. is in Jamaica hi...]*